WILLIAM B. HICKMAN, plaintiff in error, *v.* ROBERT H. HAINES *et al.*, defendants in error.

*Error to Hardin.*

Whenever a non-resident commences an action, either in the Circuit or Supreme Court without filing security for the costs, the Court is required to dismiss the same.

IN this case an affidavit was filed showing the fact that the plaintiff in error was not a resident of this State.   A motion to dismiss the writ of error was then made, because no bond for costs had been filed in the case.

*D. J. Baker*, and *R. F. Wingate*, for the defendants in error, in support of the motion.

*W. B. Scates,* and *A. G. Caldwell,* for the plaintiff in error, *contra.*

PER CURIAM. The case of *Ripley* v. *Morris,* 2 Gilm. 381, is decisive of the motion. The Court there held that a writ of error was a new action, and that whenever a non-resident commences an action either in the Circuit or Supreme Court, without filing security for the costs, the Court is required to dismiss the same.

The case is dismissed at the costs of the plaintiff in error.

*Motion allowed.*